**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re: POTTORFF, CHARLOTTE LEA  §  Case No. 17-41006
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    R. Sam Hopkins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $52,925.17 *(without deducting any secured claims)* | Assets Exempt: $52,922.67 |
| Total Distributions to Claimants: $133,869.97 | Claims Discharged Without Payment: $5,265,154.96 |
| Total Expenses of Administration: $40,130.03 | |

    3) Total gross receipts of $174,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $174,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,439.98 | $1,701.57 | $1,701.57 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $23,690.03 | $40,130.03 | $40,130.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $91,000.00 | $47,112.08 | $47,112.08 | $47,112.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,509,712.72 | $2,584,656.88 | $2,584,656.88 | $85,056.32 |
| **TOTAL DISBURSEMENTS** | $5,600,712.72 | $2,657,898.97 | $2,673,600.56 | $174,000.00 |

 4) This case was originally filed under chapter 7 on 11/15/2017. The case was pending for 24 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2019                    By: /s/ R. Sam Hopkins
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3539 S KOESTER RD, IDAHO FALLS, ID 83402-4348, BONNEVILLE COUNTY | 1110-000 | $174,000.00 |
| TOTAL GROSS RECEIPTS | | $174,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDAHO IRRIGATION DISTRICT | 4110-000 | NA | $91.10 | $91.10 | $91.10 |
| 1 | BONNEVILLE COUNTY TREASURER MARK R HANSEN TAX COLLECTOR | 4110-000 | NA | $2,348.88 | $1,610.47 | $1,610.47 |
| | TOTAL SECURED | | $0.00 | $2,439.98 | $1,701.57 | $1,701.57 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - R. Sam Hopkins | 2100-000 | NA | $11,950.00 | $11,950.00 | $11,950.00 |
| Trustee, Expenses - R. Sam Hopkins | 2200-000 | NA | $102.44 | $102.44 | $102.44 |
| Costs re Sale of Property - ALLIANCE TITLE | 2500-000 | NA | $1,584.50 | $1,584.50 | $1,584.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $88.75 | $88.75 | $88.75 |
| Attorney for Trustee Fees (Other Firm) - SERVICE & SPINNER | 3210-000 | NA | $9,397.50 | $9,397.50 | $9,397.50 |
| Attorney for Trustee Expenses (Other Firm) - SERVICE & SPINNER | 3220-000 | NA | $283.69 | $283.69 | $283.69 |
| Accountant for Trustee Fees (Other Firm) - JORDAN & COMPANY, CHARTERED | 3410-000 | NA | $245.00 | $245.00 | $245.00 |
| Accountant for Trustee Expenses (Other Firm) - JORDAN & COMPANY, CHARTERED | 3420-000 | NA | $38.15 | $38.15 | $38.15 |
| Realtor for Trustee Fees (Real Estate Commissions) - PAUL BLASKOVITCH | 3510-000 | NA | $0.00 | $16,440.00 | $16,440.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$23,690.03** | **$40,130.03** | **$40,130.03** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | IDAHO STATE TAX COMMISSION | 5800-000 | $91,000.00 | $47,112.08 | $47,112.08 | $47,112.08 |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$91,000.00** | **$47,112.08** | **$47,112.08** | **$47,112.08** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | LINAN INC DBA DURA-BILT TRANSMISSIONS | 7100-000 | $2,700,000.00 | $2,325,504.89 | $2,325,504.89 | $79,240.48 |
| 3 | DISCOVER BANK DISCOVER PRODUCTS INC | 7100-000 | $4,744.00 | $4,649.00 | $4,649.00 | $158.41 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $28,520.08 | $28,009.08 | $28,009.08 | $954.40 |
| 5U | IDAHO STATE TAX COMMISSION | 7100-000 | NA | $127,166.22 | $127,166.22 | $4,333.13 |
| 5Z | IDAHO STATE TAX COMMISSION | 7300-000 | NA | $88,472.00 | $88,472.00 | $0.00 |
| 6 | BANK OF AMERICA, N.A. | 7100-000 | $6,679.14 | $6,679.14 | $6,679.14 | $227.59 |
| 7 | BANK OF AMERICA, N.A. | 7100-000 | $4,215.10 | $4,176.55 | $4,176.55 | $142.31 |
| N/F | A & D Investments LLC | 7100-000 | $2,700,000.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $15,986.63 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $1,310.45 | NA | NA | NA |
| N/F | GM Financial | 7100-000 | $33,911.24 | NA | NA | NA |
| N/F | GoDaddy.com, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Greenwald Neurosurgical, PC | 7100-000 | $1,737.14 | NA | NA | NA |
| N/F | Kay Pottorff | 7100-000 | $12,000.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $608.94 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,509,712.72** | **$2,584,656.88** | **$2,584,656.88** | **$85,056.32** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-41006 | | Trustee Name: | (320130) R. Sam Hopkins |
|---|---|---|---|---|
| Case Name: | POTTORFF, CHARLOTTE LEA | | Date Filed (f) or Converted (c): | 11/15/2017 (f) |
| | | | § 341(a) Meeting Date: | 12/20/2017 |
| For Period Ending: | 10/27/2019 | | Claims Bar Date: | 05/04/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3539 S KOESTER RD, IDAHO FALLS, ID 83402-4348, BONNEVILLE COUNTY<br>Single-family home, Debtor's fractional intereerest in residence - shared with ex-husband. Entire property value: $270,000.00<br>01/24/2018 (AWILLIAMS) Dkt#24 Amended Sch B/C -when filed DA put in description "to remove homestead exemption" | 160,000.00 | 160,000.00 | | 174,000.00 | FA |
| 2 | 1994 Lincoln Mark VIII -194,092 miles. | 800.00 | 0.00 | | 0.00 | FA |
| 3 | FLAT SCREEN TV | 100.00 | 0.00 | | 0.00 | FA |
| 4 | DELL LAPTOP COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 5 | HP PRINTER/COPIER | 125.00 | 0.00 | | 0.00 | FA |
| 6 | ENVY PRINTER | 100.00 | 0.00 | | 0.00 | FA |
| 7 | ACER DESK TOP COMPUTER AND MONITOR | 200.00 | 0.00 | | 0.00 | FA |
| 8 | DIGITAL PICTURE FRAME | 25.00 | 0.00 | | 0.00 | FA |
| 9 | SAMSUNG GALAXY S-7 PHONE | 200.00 | 0.00 | | 0.00 | FA |
| 10 | IPHONE5S | 85.00 | 0.00 | | 0.00 | FA |
| 11 | BINNOCULARS | 15.00 | 0.00 | | 0.00 | FA |
| 12 | WICKER STORAGE CUPBOARD | 150.00 | 0.00 | | 0.00 | FA |
| 13 | WICKER CHAIR | 15.00 | 0.00 | | 0.00 | FA |
| 14 | WOOD STORAGE CABINETS | 80.00 | 0.00 | | 0.00 | FA |
| 15 | WOOD STORAGE CABINET | 10.00 | 0.00 | | 0.00 | FA |
| 16 | WOOD JEWELRY BOX | 25.00 | 0.00 | | 0.00 | FA |
| 17 | WOOD FLOOR MIRROR | 30.00 | 0.00 | | 0.00 | FA |
| 18 | FLOOR LAMP | 10.00 | 0.00 | | 0.00 | FA |
| 19 | WOOD COLORED TABLE | 8.00 | 0.00 | | 0.00 | FA |
| 20 | WOOD DRAWER CABINET | 20.00 | 0.00 | | 0.00 | FA |
| 21 | OLD WOOD CABINET | 25.00 | 0.00 | | 0.00 | FA |
| 22 | OLD WOOD SEWING MACHINE | 25.00 | 0.00 | | 0.00 | FA |
| 23 | SOFA | 400.00 | 0.00 | | 0.00 | FA |
| 24 | CHAIR | 175.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 17-41006
Case Name: POTTORFF, CHARLOTTE LEA
For Period Ending: 10/27/2019

Trustee Name: (320130) R. Sam Hopkins
Date Filed (f) or Converted (c): 11/15/2017 (f)
§ 341(a) Meeting Date: 12/20/2017
Claims Bar Date: 05/04/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | COFFEE TABLE | 300.00 | 0.00 | | 0.00 | FA |
| 26 | END TABLES -3 | 900.00 | 0.00 | | 0.00 | FA |
| 27 | MEDICAL RECLINER | 200.00 | 0.00 | | 0.00 | FA |
| 28 | BOOKCASE | 400.00 | 0.00 | | 0.00 | FA |
| 29 | OLD WOOD DRESSER | 35.00 | 0.00 | | 0.00 | FA |
| 30 | OLD METAL FRAME DOUBLE BED WITH MATTRESS | 200.00 | 0.00 | | 0.00 | FA |
| 31 | WOOD NIGHT STAND | 50.00 | 0.00 | | 0.00 | FA |
| 32 | WOOD COFFEE TABLE | 75.00 | 0.00 | | 0.00 | FA |
| 33 | WOOD STORAGE CUPBOARD | 25.00 | 0.00 | | 0.00 | FA |
| 34 | RECLINERS -2 | 400.00 | 0.00 | | 0.00 | FA |
| 35 | WOOD ENTERTAINMENT BAR | 200.00 | 0.00 | | 0.00 | FA |
| 36 | BAR STOOLS - 6 | 300.00 | 0.00 | | 0.00 | FA |
| 37 | WOOD ENTERTAINMENT CENTER | 200.00 | 0.00 | | 0.00 | FA |
| 38 | FLAT SCREEN TVS - 2 | 400.00 | 0.00 | | 0.00 | FA |
| 39 | OLD WOOD HUTCH | 100.00 | 0.00 | | 0.00 | FA |
| 40 | LAMPS -3 | 600.00 | 0.00 | | 0.00 | FA |
| 41 | OFFICE SUPPLIES | 150.00 | 0.00 | | 0.00 | FA |
| 42 | PAPER SHREDDER | 5.00 | 0.00 | | 0.00 | FA |
| 43 | CALCULATOR | 5.00 | 0.00 | | 0.00 | FA |
| 44 | HP COLOR LASERJET PRINTER | 50.00 | 0.00 | | 0.00 | FA |
| 45 | DELL LAP TOP COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 46 | DEBTOR'S CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 47 | WEDDING RING | 350.00 | 0.00 | | 0.00 | FA |
| 48 | MISCELLANEOUS COSTUME JEWELRY | 80.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 17-41006  
**Case Name:** POTTORFF, CHARLOTTE LEA  
**For Period Ending:** 10/27/2019

**Trustee Name:** (320130) R. Sam Hopkins  
**Date Filed (f) or Converted (c):** 11/15/2017 (f)  
**§ 341(a) Meeting Date:** 12/20/2017  
**Claims Bar Date:** 05/04/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 49 | CHECKING ACCOUNT AT WESTMARK CREDIT UNION, IDAHO FALLS, IDAHO<br><br>02/12/2018 (AWILLIAMS) em fr dA w/<br>-Westmark acct#1713 stmts 10/13/17-12/14/17<br>--checking Suffix 20--BAL DOF$2010.44 (consists of $1265 SS, .09 dividend, $91 SS, .07 dividend, remainder is SS deposited 9/19)<br><br>01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C<br>-checking acct 1713 at Westmark DV$1713 SS benefits DV$1988 DEX$1988 under 11-603(3)<br><br>01/24/2018 (AWILLIAMS) em fr DA office re<br>-attached are westmark #1713 stmts 10/15/16-10/13/17. once we get stmts for dof will forward<br>--checking 1713-20<br>---last deposits were<br>----$.07 dividend from bank 8/31/17<br>----$1265 SSA Trea dep on 8/23/17<br>----$.07 dividend from bank 9/30/17<br>----$1265 SSA Trea deposit on 9/27/17 | 1,988.00 | 0.00 | | 0.00 | FA |
| 50 | SAVINGS ACCOUNT AT WESTMARK CREDIT UNION, IDAHO FALLS, IDAHO<br>01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C<br>-savings acct 2423 at WEstmark DV$5 DEX$3.75 under 11-207 | 5.00 | 1.25 | | 0.00 | FA |
| 51 | 401K WITH INVESCO<br><br>02/12/2018 (AWILLIAMS) em fr dA w/<br>-ltr fr D Are enclosed is year end ira stmt for 1/1/17-12/31/17. Also, form 1099-R.<br>--participant rollover of $30,682.65 on 5/26/17<br>--normal distribution of $30,682.65 on 5/16/17<br>--BAL DOF$32,533.59<br><br>01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C<br>-401k with Invesco DV$31,641.40 DX$31,641.40 under 11-604a<br><br>01/24/2018 (AWILLIAMS) em fr DA office re<br>-Invesco IRA acct 4496 value as of 9/30/17 is $31,641.40 | 31,641.40 | 0.00 | | 0.00 | FA |
| 52 | CHECKING ACCOUNT 2423 AT WESTMARK (u)<br>01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C<br>-checking acct 2423 at WEstmark DV$0 | 0.00 | 0.00 | | 0.00 | FA |
| 53 | SAVINGS ACCT 1713 AT WESTMARK (u)<br>02/12/2018 (AWILLIAMS) em fr dA w/<br>-Westmark acct#1713 stmts 10/13/17-12/14/17<br>--Savings Suffix 00--BAL DOF$5.05<br><br>01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C<br>-savings acct 1713 at WEstmark DV$5 DEX$3.75 under 11-207<br><br>01/24/2018 (AWILLIAMS) em fr DA office re<br>-attached are westmark #1713 stmts 10/15/16-10/13/17. once we get stmts for dof will forward<br>--Savings 1713-00--no activity. BAL $5.05 | 5.00 | 1.25 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| Case No.: | 17-41006 | | Trustee Name: | (320130) R. Sam Hopkins |
|---|---|---|---|---|
| Case Name: | POTTORFF, CHARLOTTE LEA | | Date Filed (f) or Converted (c): | 11/15/2017 (f) |
| | | | § 341(a) Meeting Date: | 12/20/2017 |
| For Period Ending: | 10/27/2019 | | Claims Bar Date: | 05/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 54   IRA: IRA WITH SYMETRA LIFE INSURANCE COMPANY - VESTED (u) 01/24/2018 (AWILLIAMS) Dkt#25 Amended Sch B/C -IRA with Symetra Life Insurance Company - vested DV$11,137.77 DEX$11,137.77 under 11-604A | 11,137.77 | 0.00 | | 0.00 | FA |
| **54**   Assets Totals (Excluding unknown values) | **$212,925.17** | **$160,002.50** | | **$174,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/12/2019 (AWILLIAMS) dkt#93 Order of Distribution for R Sam Hopkins, Trustee Chapter 7, Fees awarded: $11950.00, Expenses awarded: $102.44; Awarded on 9/10/2019 Signed on 9/10/2019 (RE: related document(s)[89] UST Filing - Trustee's Final Report (TFR)). (ad)

08/14/2019 (AWILLIAMS) Amended Notice of Trustee's Final Report and Application for Compensation (NFR) (Ch.7) Filed by Trustee R Sam Hopkins. (Hopkins, R) --obj by 9/9/19

08/13/2019 (AWILLIAMS) Chapter 7 Trustee's Final Report filed on behalf of Trustee. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by US Trustee. (Fleener, Debora)

7/19/19 AMENDED TFR/NFR/FEE APP SENT

6/21/19 APOC5 - NEED AMENDED TFR/NFR

6/06/2019 (AWILLIAMS) Chapter 7 Trustee's Notice of Final Report and Application for Compensation Filed by Trustee R Sam Hopkins (RE: related document(s)[85] Chapter 7 Trustee's Final Report filed on behalf of Trustee. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by US Trustee.). (Hopkins, R) --obj by 7/2/19

06/06/2019 (AWILLIAMS)Chapter 7 Trustee's Final Report filed on behalf of Trustee. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by US Trustee. (Fleener, Debora)

FINAL-

**Initial Projected Date Of Final Report (TFR):** 05/31/2019   **Current Projected Date Of Final Report (TFR):** 04/30/2019 (Actual)

| 10/27/2019 | /s/R. Sam Hopkins |
|---|---|
| Date | R. Sam Hopkins |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 17-41006 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | POTTORFF, CHARLOTTE LEA | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7504 | Account #: | ******5300 Checking |
| For Period Ending: | 10/27/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/18 | | ALLIANCE TITLE | SALE OF RP | | 154,273.93 | | 154,273.93 |
| | | PAUL BLASKOVITCH | REALTOR COMMISSION -$16,440.00 | 3510-000 | | | |
| | | | COST OF SALE -$1,584.50 | 2500-000 | | | |
| | | BONNEVILLE COUNTY TREASURER MARK R HANSEN TAX COLLECTOR | DELINQUENT 2017 PROPERTY TAXES -$650.51 | 4110-000 | | | |
| | | BONNEVILLE COUNTY TREASURER MARK R HANSEN TAX COLLECTOR | POST PETITION PROPERTY TAXES 1/1/18-9/24/18 -$959.96 | 4110-000 | | | |
| | | IDAHO IRRIGATION DISTRICT | DELINQUENT IDAHO IRRIGATION FEES -$91.10 | 4110-000 | | | |
| | {1} | ALLIANCE TITLE & ESCROW | SALE OF RP AT 3539 S KOESTER $174,000.00 | 1110-000 | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.75 | 154,185.18 |
| 01/16/19 | 101 | SERVICE & SPINNER | FEES/EXP PER ORDER 1/10/19 | | | 9,681.19 | 144,503.99 |
| | | SERVICE & SPINNER | FEES $9,397.50 | 3210-000 | | | |
| | | SERVICE & SPINNER | EXP $283.69 | 3220-000 | | | |
| 07/10/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9260 | Transition Debit to Metropolitan Commercial Bank acct 3910059260 | 9999-000 | | 144,503.99 | 0.00 |
| | | **COLUMN TOTALS** | | | 154,273.93 | 154,273.93 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 144,503.99 | |
| | | **Subtotal** | | | 154,273.93 | 9,769.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$154,273.93** | **$9,769.94** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**  Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-41006 | Trustee Name: | R. Sam Hopkins (320130) |
|---|---|---|---|
| Case Name: | POTTORFF, CHARLOTTE LEA | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7504 | Account #: | ******9260 Checking Account |
| For Period Ending: | 10/27/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/19 | | Transfer Credit from Rabobank, N.A. acct ******5300 | Transition Credit from Rabobank, N.A. acct 5023205300 | 9999-000 | 144,503.99 | | 144,503.99 |
| 09/12/19 | 1000 | R. Sam Hopkins | Combined trustee compensation & expense dividend payments. | | | 12,052.44 | 132,451.55 |
| | | R. Sam Hopkins | Claims Distribution - Fri, 07-19-2019      $11,950.00 | 2100-000 | | | |
| | | R. Sam Hopkins | Claims Distribution - Fri, 07-19-2019      $102.44 | 2200-000 | | | |
| 09/12/19 | 1001 | JORDAN & COMPANY, CHARTERED | Combined payments for claim number , | | | 283.15 | 132,168.40 |
| | | JORDAN & COMPANY, CHARTERED | Claims Distribution - Fri, 07-19-2019      $245.00 | 3410-000 | | | |
| | | JORDAN & COMPANY, CHARTERED | Claims Distribution - Fri, 07-19-2019      $38.15 | 3420-000 | | | |
| 09/12/19 | 1002 | IDAHO STATE TAX COMMISSION | Final Distribution payment - Dividend paid at 100.00% of $47,112.08; Claim # 5P; Filed: $47,112.08 | 5800-000 | | 47,112.08 | 85,056.32 |
| 09/12/19 | 1003 | LINAN INC DBA DURA-BILT TRANSMISSIONS | Final Distribution payment - Dividend paid at 3.41% of $2,325,504.89; Claim # 2; Filed: $2,325,504.89 | 7100-000 | | 79,240.48 | 5,815.84 |
| 09/12/19 | 1004 | DISCOVER BANK DISCOVER PRODUCTS INC | Final Distribution payment - Dividend paid at 3.41% of $4,649.00; Claim # 3; Filed: $4,649.00 | 7100-000 | | 158.41 | 5,657.43 |
| 09/12/19 | 1005 | CAPITAL ONE BANK (USA), N.A. | Final Distribution payment - Dividend paid at 3.41% of $28,009.08; Claim # 4; Filed: $28,009.08 | 7100-000 | | 954.40 | 4,703.03 |
| 09/12/19 | 1006 | IDAHO STATE TAX COMMISSION | Final Distribution payment - Dividend paid at 3.41% of $127,166.22; Claim # 5U; Filed: $127,166.22 | 7100-000 | | 4,333.13 | 369.90 |
| 09/12/19 | 1007 | BANK OF AMERICA, N.A. | Final Distribution payment - Dividend paid at 3.41% of $6,679.14; Claim # 6; Filed: $6,679.14 | 7100-000 | | 227.59 | 142.31 |
| 09/12/19 | 1008 | BANK OF AMERICA, N.A. | Final Distribution payment - Dividend paid at 3.41% of $4,176.55; Claim # 7; Filed: $4,176.55 | 7100-000 | | 142.31 | 0.00 |
| | | **COLUMN TOTALS** | | | 144,503.99 | 144,503.99 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 144,503.99 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 144,503.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$144,503.99** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 17-41006 | **Trustee Name:** R. Sam Hopkins (320130) |
| **Case Name:** POTTORFF, CHARLOTTE LEA | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***7504 | **Account #:** ******9260 Checking Account |
| **For Period Ending:** 10/27/2019 | **Blanket Bond (per case limit):** $59,128,572.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5300 Checking | $154,273.93 | $9,769.94 | $0.00 |
| ******9260 Checking Account | $0.00 | $144,503.99 | $0.00 |
| | $154,273.93 | $154,273.93 | $0.00 |

10/27/2019
Date

/s/R. Sam Hopkins
R. Sam Hopkins

UST Form 101-7-TDR (10 /1/2010)